FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABEJA LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CHATEAU DIANA LLC, a California limited liability company,<br><br>Defendant. | No. 4:22-cv-05026-MKD<br><br>ORDER DISMISSING CASE WITH PREJUDICE<br><br>**ECF No. 18** |

Before the Court is Plaintiff's Notice of Dismissal with Prejudice, ECF No. 18. Plaintiff's Notice states the dismissal is with prejudice and without costs to any party. Pursuant to Fed. R. Civ. P. 41 (1)(A)(i), the Court accepts the Notice and dismisses the action with prejudice.

1. Plaintiff's Notice of Dismissal with Prejudice, **ECF No. 18**, is **ACCEPTED**.

ORDER - 1

2. This action, including all claims and counterclaims against all parties, shall be **DISMISSED with prejudice,** with all parties to bear their own costs and attorney fees.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

5. The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED June 15, 2022.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2